348 HOFFMAN vs. CIRCUIT JUDGE (St. Clair), 40 M., 351.

To require the defendant to enter an order reviving a cause against the legal representative of a deceased defendant, who was one of several defendants in an ejectment suit, the court having

entered an order reviving the cause as against the surviving defendants.

Denied January 31, 1879.